## SMITH & McARTY PLLC
### Attorneys at Law
### 701 Avignon Dr, Ste 201
### Ridgeland, MS 39157

LESTER F. SMITH  
ROBERT L. McARTY

TELEPHONE 601-853-8851  
TELECOPIER 601-853-8843

May 19, 2015

MARSHA M ETHERIDGE  
67 CECIL SMITH RD

CARRIERE MS 39426-8473

Re:  DISCOVER BANK  
      vs  
      MARSHA M ETHERIDGE

Enclosed is verification of the above debt.  
*Itemizations (Jan. 2013 - Feb. 2015)*

Sincerely,

Smith & McArty PLLC

Lester F. Smith  
Attorney for Plaintiff

THIS COMMUNICATION IS FROM A DEBT COLLECTOR. THIS IS AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED TO COLLECT THIS DEBT.



EXHIBIT C

## SMITH & McARTY PLLC
### Attorneys at Law
### 701 Avignon Dr, Ste 201
### Ridgeland, MS 39157

LESTER F. SMITH                                         TELEPHONE 601-853-8851
ROBERT L. McARTY                                        TELECOPIER 601-853-8843

May 21, 2015

MARSHA M ETHERIDGE
67 CECIL SMITH RD

CARRIERE MS 39426-8473

Re:   DISCOVER BANK
      vs
      MARSHA M ETHERIDGE

Enclosed is verification of the above debt.

*Application* (handwritten)

                                Sincerely,

                                Smith & McArty PLLC

                                *Lester F. Smith* (signature)

                                Lester F. Smith
                                Attorney for Plaintiff

THIS COMMUNICATION IS FROM A DEBT COLLECTOR. THIS IS AN
ATTEMPT TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE
USED TO COLLECT THIS DEBT.

